UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERL, JOSEPH | § | Case No. 13-01907 |
| ERL, ANNETTE MARIE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF BANKRUPTCY COURT
            219 S. Dearborn Street, Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/31/2015 in Courtroom ,
            North Branch Court
            1792 Nicole Lane
            Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____
                                          Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ERL, JOSEPH § Case No. 13-01907
ERL, ANNETTE MARIE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 174.93 |
| leaving a balance on hand of[1] | $ | 5,825.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 46.54 | $ 0.00 | $ 46.54 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,184.25 | $ 0.00 | $ 3,184.25 |
| Other: ARTHUR B. LEVINE COMPANY | $ 6.30 | $ 6.30 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.63 | $ 8.63 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,580.79 |
| Remaining Balance | $ 1,244.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 49,990.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | $ 49,990.78 | $ 0.00 | $ 1,244.28 |
| | Total to be paid to priority creditors | | | $ 1,244.28 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 90,658.72 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank South Dakota, N) 294 Union St. Hackensack, NJ 07601 | $ 10,352.70 | $ 0.00 | $ 0.00 |
| 000002 | PNC BANK, N.A. PO BOX 94982 CLEVELAND, OHIO 44101 | $ 12,563.58 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 51,026.49 | $ 0.00 | $ 0.00 |
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 12,653.25 | $ 0.00 | $ 0.00 |
| 000003B | ILLINOIS DEPTARTMENT OF REVENUE Bankruptcy Section P. O. Box 64338 Chicago, IL 60664-0338 | $ 4,062.70 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-01907-ABG
Joseph Erl                                                            Chapter 7
Annette Marie Erl
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: rgreen              Page 1 of 2                Date Rcvd: Jul 16, 2015
                             Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2015.
```
db/jdb         #+Joseph Erl,    Annette Marie Erl,    110 N Greenleaf Street,    Gurnee, IL 60031-3327
22842593       +Atlas Acquisitions LLC  (Citibank South Dakota, N),    294 Union St.,
                 Hackensack, NJ 07601-4303
19930793      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
19930795       +Chase Home Finance,    Attn: Bankruptcy Dept.,    3415 Vision Drive,    Columbus, OH 43219-6009
19930796        Citi Cards,    Attn: Customer Service,    P. O. Box 6500,    Sioux Falls, SD 57117-6500
19930797       +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
19930798        FIA Card Services,    P.O. Box 15026,    Wilmington, DE 19850-5026
19930799       +Monarch Recovery Management, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3210
19930800       +NCB Management Services, Inc.,    P. O. Box 1099,    Langhorne, PA 19047-6099
22843678       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19930801        PNC Bank,    PO Box 3429,    Pittsburgh, PA 15230-3429
19930802        PNC Bank,    P.O. Box 5570,    Brecksville, OH 44101-0570
19930803        Sears Card,    Attn: Customer Service,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20121397       +E-mail/Text: bnc@atlasacq.com Jul 17 2015 00:53:42      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
19930794       +E-mail/Text: mmeyers@blittandgaines.com Jul 17 2015 00:57:10      Blitt & Gaines, PC,
                 Attorneys at Law,    661 Glenn Ave,    Wheeling, IL 60090-6017
23084882        E-mail/Text: rev.bankruptcy@illinois.gov Jul 17 2015 00:54:41
                 Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
23186040       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 17 2015 01:00:56
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19930804        E-mail/Text: edinkel@vikingservice.com Jul 17 2015 00:57:29      Viking Client Services,
                 P.O. Box 59207,    Minneapolis, MN 55459-0207
19930805       +E-mail/Text: BKRMailOps@weltman.com Jul 17 2015 00:56:03      Weltman, Weinberg & Reis,
                 323 W Lakeside Ave,    Ste 200,    Cleveland, OH 44113-1099
                                                                                              TOTAL: 6
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
```
              E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
```

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Jul 16, 2015
                              Form ID: pdf006           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Joseph E Cohen   on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
         Maria   Georgopoulos   on behalf of Creditor    JPMorgan Chase Bank, National Association
          nd-three@il.cslegal.com
         Patrick J Hart   on behalf of Joint Debtor Annette Marie Erl patrickhartlaw@gmail.com,
          admin@patrickhartlaw.com
         Patrick J Hart   on behalf of Debtor Joseph  Erl patrickhartlaw@gmail.com,
          admin@patrickhartlaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                 TOTAL: 8