UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
                                          §
ERL, JOSEPH                               §    Case No. 13-01907
ERL, ANNETTE MARIE                        §
                                          §
                                          §
         Debtors                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 230,500.00                    Assets Exempt: 27,304.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 1,244.28      Claims Discharged
                                                Without Payment: 256,541.22

Total Expenses of Administration: 4,755.72

---

    3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 254,177.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,755.72 | 4,755.72 | 4,755.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 49,990.78 | 49,990.78 | 1,244.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 117,136.00 | 90,658.72 | 90,658.72 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 371,313.00 | $ 145,405.22 | $ 145,405.22 | $ 6,000.00 |

4)  This case was originally filed under chapter 7 on 01/17/2013 . The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2015          By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Jeep Liberty Sport Utility 4D | 1129-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance Attn: Bankruptcy Dept. 3415 Vision Drive Columbus, OH 43219 | | 254,177.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 254,177.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 46.54 | 46.54 | 46.54 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 6.30 | 6.30 | 6.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.63 | 8.63 | 8.63 |
| ASSOCIATED BANK | 2600-000 | NA | 160.00 | 160.00 | 160.00 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 2,122.83 | 2,122.83 | 2,122.83 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,061.42 | 1,061.42 | 1,061.42 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,755.72 | $ 4,755.72 | $ 4,755.72 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 49,990.78 | 49,990.78 | 1,244.28 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 49,990.78 | $ 49,990.78 | $ 1,244.28 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 | | 18,300.00 | NA | NA | 0.00 |
| | Citi Cards Attn: Customer Service P. O. Box 6500 Sioux Falls, SD 57117-6500 | | 69,062.00 | NA | NA | 0.00 |
| | FIA Card Services P.O. Box 15026 Wilmington, DE 19850-5026 | | 7,641.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 3429 Pittsburgh, PA 15230-3429 | | 12,276.00 | NA | NA | 0.00 |
| | Sears Card Attn: Customer Service P.O. Box 6282 Sioux Falls, SD 57117-6282 | | 9,857.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK SO | 7100-000 | NA | 10,352.70 | 10,352.70 | 0.00 |
| 000003B | ILLINOIS DEPT. OF REVENUE | 7100-000 | NA | 4,062.70 | 4,062.70 | 0.00 |
| 000002 | PNC BANK, N.A. | 7100-000 | NA | 12,563.58 | 12,563.58 | 0.00 |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 51,026.49 | 51,026.49 | 0.00 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 12,653.25 | 12,653.25 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 117,136.00 | $ 90,658.72 | $ 90,658.72 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-01907 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ERL, JOSEPH | | Date Filed (f) or Converted (c): | 01/17/13 (f) |
| | ERL, ANNETTE MARIE | | 341(a) Meeting Date: | 03/08/13 |
| For Period Ending: | 12/07/15 | | Claims Bar Date: | 04/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residential Location: 110 N Greenlea | 230,000.00 | 0.00 | | 0.00 | FA |
| 2. Account with Harris Bank | 114.00 | 0.00 | | 0.00 | FA |
|    Account with Harris Bank | | | | | |
| 3. Business Account with Chase Bank | 900.00 | 0.00 | | 0.00 | FA |
|    Business Account with Chase Bank | | | | | |
| 4. Miscellaneous household goods and furniture | 500.00 | 0.00 | | 0.00 | FA |
|    Miscellaneous household goods and furniture | | | | | |
| 5. Miscellaneous clothing | 200.00 | 0.00 | | 0.00 | FA |
|    Miscellaneous clothing | | | | | |
| 6. Fur coat | 200.00 | 0.00 | | 0.00 | FA |
|    Fur coat | | | | | |
| 7. Wedding ring | 1,000.00 | 0.00 | | 0.00 | FA |
|    Wedding ring | | | | | |
| 8. Kelloggs 401 k | 15,000.00 | 0.00 | | 0.00 | FA |
|    Kelloggs 401 k | | | | | |
| 9. 2007 Jeep Liberty Sport Utility 4D | 10,947.00 | 0.00 | | 6,000.00 | FA |
|    2007 Jeep Liberty Sport Utility 4D | | | | | |
| 10. Five gumball machines | 1,000.00 | 0.00 | | 0.00 | FA |
|    Five gumball machines | | | | | |
| 11. Federal income tax refund (u) | 2,897.00 | 0.00 | | 0.00 | FA |
| 12. Illinois Tax Refund (u) | 493.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $263,251.00     $0.00     $6,000.00     $0.00

(Total Dollar Amount in Column 6)

LFORM1     Ver: 19.05

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Case 13-01907   Doc 53   Filed 12/23/15   Entered 12/23/15 15:26:05   Desc Main
              Document      Page 8 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-01907   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | ERL, JOSEPH | Date Filed (f) or Converted (c): | 01/17/13 (f) |
| | ERL, ANNETTE MARIE | 341(a) Meeting Date: | 03/08/13 |
| | | Claims Bar Date: | 04/22/15 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE PREPARING HIS TDR - 12/7/15. DISTRIBUTION MADE TO CREDITORS - 10/28/15. TRUSTEE IS PREPARING HIS TFR - April 28, 2015. CLAIMS BAR DATE WAS NOT SENT BY COURT SO TRUSTEE APPLIED AGAIN - Jan. 17, 2015.  TRUSTEE HAS FILED A MOTION FOR TURNOVER OF VEHICLES FROM THE DEBTOR.  TRUSTEE HAS SOLD HIS INTEREST IN VEHICLES BACK TO THE DEBTORS WHO ARE MAKING INSTALLMENT PAYMENTS.  THE TRUSTEE WILL REVIEW THE PROOFS OF CLAIM ON FILE - January 19, 2014. NO CHANGE - April 30, 2014.  NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 01/31/15         Current Projected Date of Final Report (TFR): 05/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 13-01907 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ERL, JOSEPH | Bank Name: | ASSOCIATED BANK |
| | ERL, ANNETTE MARIE | Account Number / CD #: | *******5621 Checking Account |
| Taxpayer ID No: | *******1759 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/18/13 | 9 | ANNETTE ERL | Sale of Vehicle | 1129-000 | 2,000.00 | | 2,000.00 |
| 09/27/13 | 9 | ANNETTE ERL | Sale of Vehicle | 1129-000 | 2,000.00 | | 4,000.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,990.00 |
| 11/06/13 | 9 | JOSEPH ERL | Sale of Vehicle | 1129-000 | 2,000.00 | | 5,990.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,960.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,950.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,940.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 8.63 | 5,931.37 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,921.37 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,911.37 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,901.37 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,891.37 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,881.37 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,871.37 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,861.37 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,851.37 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,841.37 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,831.37 |
| 02/27/15 | 300002 | Arthur B. Levine Company 60 East 42nd Street Room 965 New York, New York 10165 | Bond premium | 2300-000 | | 6.30 | 5,825.07 |
| 08/03/15 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 1,396.54 | 4,428.53 |
| | | | Page Subtotals | | 6,000.00 | 1,571.47 | |

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-01907 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ERL, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | ERL, ANNETTE MARIE | | Account Number / CD #: | *******5621  Checking Account |
| Taxpayer ID No: | *******1759 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 West Madison Street<br>Chicago, IL 60602 | Trustee Fees<br><br>Fees          1,350.00<br>Expenses        46.54 | 2100-000<br>2200-000 | | | |
| 08/03/15 | 300004 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,122.83 | 2,305.70 |
| 08/03/15 | 300005 | JOSEPH E. COHEN, Attorney<br>105 West Madison St.<br>Chicago, IL 60602 | Attorney fees | 3110-000 | | 1,061.42 | 1,244.28 |
| 08/03/15 | 300006 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Claim 000003A, Payment 2.48902%<br>(3-1) Taxes(3-2) Taxes, Amended<br>(3-2) Modified on 4/29/2015 to correct claimed amount (cg) | 5800-000 | | 1,244.28 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******5621 | 6,000.00 | 6,000.00 | 0.00 |
| | 6,000.00 | 6,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        4,428.53

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-01907 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ERL, JOSEPH | | Bank Name: | ASSOCIATED BANK |
| | ERL, ANNETTE MARIE | | Account Number / CD #: | *******5621 Checking Account |
| Taxpayer ID No: | *******1759 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********5621

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)